**[J-75-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 25 MAP 2023 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court dated October 4, |
| | : | 2022 at No. 1673 EDA 2020 |
| v. | : | Affirming the August 19, 2020 |
| | : | Judgment of Sentence of the Bucks |
| | : | County Court of Common Pleas, |
| JONATHAN RICHARDS, | : | Criminal Division, at No. CP-09-CR- |
| | : | 738-2020. |
| Appellant | : | |
| | : | SUBMITTED: July 7, 2025 |

**ORDER**

PER CURIAM                                    **DECIDED: August 19, 2025**

**AND NOW,** this 19th day of August, 2025, the order of the Superior Court is vacated, and this matter is remanded for reconsideration in light of *Commonwealth v. Shifflett*, 335 A.3d 1158 (Pa. 2025).

Justice McCaffery did not participate in the consideration or decision of this matter.